**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIROS SARKISYAN, | No. CV 00-1989 DDP(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| R.Q. HICKMAN (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   June 25, 2010

_____
DEAN D. PREGERSON
United States District Judge